**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMIE SHAWN MCCALL,
ADC #610019                                                                                                         PLAINTIFF

V.                                              4:14CV00344-SWW-JTK

SHERIFF SCHOCK                                                                                              DEFENDANT

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of July, 2014.


                                                                                /s/Susan Webber Wright

                                                                                UNITED STATES DISTRICT JUDGE

1